MILGUS REALTY CORPORATION v. LONG BEACH REALTY ASSOCIATES, INC.—

Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.